THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ABE COOPERMAN, Appellant.

Submitted October 10, 1938; decided October 25, 1938.

*Abraham Umanov* and *Samuel Weiss* for appellant.

*Thomas E. Dewey, District Attorney (Charles C. Tillinghast, Jr., and Harris B. Steinberg* of counsel), for respondent.

Judgments reversed and information dismissed for lack of evidence of the crime charged. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.